# Court of Appeals
# of the State of Georgia

ATLANTA, __July 23, 2014__

*The Court of Appeals hereby passes the following order:*

**A14A2034. CARLTON EVANS, JR. v. JOANNA GLOVER EVANS.**

Carlton Evans, Jr. appealed to this Court from the superior court's entry of a final judgment and decree of divorce. Under the Georgia Constitution of 1983, Art. VI, Sec. VI, Par. III (6), the Supreme Court has appellate jurisdiction over "[a]ll divorce and alimony cases." Accordingly, this appeal is hereby TRANSFERRED to the Supreme Court of Georgia.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,* __07/23/2014__
     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
          *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*